PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787

Attorneys for Plaintiff
GUY JONES

*Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES<br><br>          Plaintiff,<br><br>v.<br><br>JAMIE'S BAR & GRILL; JAMES E. BUNNELL dba JAMIE'S BAR & GRILL; AKFM HOLDINGS, LLC; and DOES 1-10, Inclusive,<br><br>          Defendants. | CASE NO.   2:14-cv-00102-LKK-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME UNDER FED.R.CIV.P. RULE 12(F)** |

JOHN QUINCY BROWN III, Esq. (SBN 60681)
STEPHEN W. ROBERTSON, Esq. (SBN 228708)
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
Telephone:   916/449-3800
Facsimile:   916/449-3888

Attorney for Defendant JAMES E. BUNNELL

dba JAMIE'S BAR & GRILL

TERENCE J. CASSIDY, Esq. (SBN 099180)
PORTER SCOTT
A Professional Law Corporation
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone:   916/929-1481
Facsimile:   916/927-3706

Attorney for Defendant AKFM HOLDINGS, LLC

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

## STIPULATION

WHEREAS, the parties to this stipulation want to make best efforts to settle this case without unnecessary litigation;

WHEREAS, plaintiff Guy Jones' deadline for filing a motion under Fed.R.Civ.P. 12(f) to strike defenses from the Answer of defendant James E. Bunnell dba Jamie's Bar & Grill (Docket No. 14) is April 1, 2014, and to strike defenses from the Answer of defendant AKFM Holdings, LLC (Docket No. 16) is April 2, 2014;

WHEREAS, the parties have tried unsuccessfully to resolve their disputes over the Answers informally. However, they wish to avoid the necessity of plaintiff filing a Fed.R.Civ.P. 12(f) motion until/unless continued settlement efforts do not succeed; THEREFORE:

IT IS HEREBY STIPULATED by and among all parties that the deadline for plaintiff to file a motion related to defendants' respective Answers under Fed.R.Civ.P. 12(f) be extended to May 2, 2014.

| | |
|---|---|
| Date:  March 31, 2014 | LAW OFFICE OF PAUL L. REIN |
| | By:   */s/ Catherine Cabalo*<br>CATHERINE CABALO, ESQ.<br>Attorneys for Plaintiff<br>GUY JONES |
| Date: March 31, 2014 | HARDY ERICH BROWN & WILSON, PC |
| | By:   */s/ John Quincy Brown, III*<br>JOHN QUINCY BROWN III, ESQ.<br>Attorneys for Defendant<br>JAMES E. BUNNELL dba JAMIE'S BAR & GRILL |
| Date: April 1, 2014 | PORTER SCOTT, PC |
| | By:   */s/ Terence J. Cassidy*<br>TERENCE J. CASSIDY, ESQ.<br>Attorneys for Defendant<br>AKFM HOLDINGS, LLC |

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that the deadline for plaintiff to file a motion related to defendants' Amended Answer under Federal Rule of Civil Procedure 12(f) be extended to May 2, 2014.

IT IS SO ORDERED.

Dated:  April 2, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT