1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS, Esq. (SBN 159420)
   CATHERINE CABALO (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
5  Telephone:  510/832-5001
   Facsimile:   510/832-4787
6
7  Attorneys for Plaintiff
   GUY JONES
8
9  *Defendants and their respective counsel listed after the caption.*
10
11              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
12
13 GUY JONES                                CASE NO.  2:14-cv-00102-LKK-DAD
14        Plaintiff,
15 v.
16                                          **STIPULATION AND ORDER TO
   JAMIE'S BAR & GRILL; JAMES E.            REFER CASE TO MAGISTRATE
17 BUNNELL dba JAMIE'S BAR &                JUDGE FOR SETTLEMENT
                                            CONFERENCE AND TO EXTEND
18 GRILL; AKFM HOLDINGS, LLC; and           TIME UNDER FED.R.CIV.P. RULE
   DOES 1-10, Inclusive,                    12(F)**
19
20        Defendants.
21 JOHN QUINCY BROWN III, Esq. (SBN 60681)
22 STEPHEN W. ROBERTSON, Esq. (SBN 228708)
   HARDY ERICH BROWN & WILSON
23 A Professional Law Corporation
   1000 G Street, Suite 200
24 Sacramento, California 95814
   P.O. Box 13530
25 Sacramento, California 95853-3530
   Telephone:  916/449-3800
26 Facsimile:   916/449-3888
27 Attorney for Defendant JAMES E. BUNNELL
   dba JAMIE'S BAR & GRILL
28

1  TERENCE J. CASSIDY, Esq. (SBN 099180)
   PORTER SCOTT
2  A Professional Law Corporation
   350 University Avenue, Suite 200
3  Sacramento, California 95825
   Telephone:  916/929-1481
4  Facsimile:   916/927-3706

5  Attorney for Defendant AKFM HOLDINGS, LLC

6
7  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL**

8  **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

9                               **STIPULATION**
10

11     WHEREAS, the parties to this stipulation want to make best efforts to settle
12 this case without unnecessary litigation;

13     WHEREAS, the parties conducted a Fed.R.Civ.P. 34 site inspection on April 7,
14 2014 and are in the process of exchanging additional information that may facilitate
15 settlement in this case;

16     WHEREAS, plaintiff Guy Jones' deadline for filing a motion under
17 Fed.R.Civ.P. 12(f) to strike defenses from the Answers of defendants James E.
18 Bunnell dba Jamie's Bar & Grill and AKFM Holdings, LLC is May 2, 2014 (Docket
19 No. 22);

20     WHEREAS, the parties have tried unsuccessfully to resolve their disputes over
21 the Answers informally.  However, they wish to avoid the necessity of plaintiff filing
22 a Fed.R.Civ.P. 12(f) motion until/unless continued settlement efforts do not succeed;
23 THEREFORE:

24     IT IS HEREBY STIPULATED by and among all parties: (1) that this case be
25 referred to a Magistrate Judge for an early settlement conference; and (2) that the
26 deadline for plaintiff to file any motion under Fed.R.Civ.P. 12(f) be extended to 30
27 days past the date the parties participate in a settlement conference with an assigned
28 Magistrate Judge.  It is also stipulated that a) the parties shall meet and confer within

1  7 days after the settlement conference; b) that defendants shall thereafter be allowed
2  an opportunity to voluntarily amend their respective Answers prior to plaintiff filing
3  any Rule 12(f) motion; c) that any amended Answer shall be filed no later than 7 days
4  after the parties meet and confer.

5

6
7  Date:  April 29, 2014                    LAW OFFICE OF PAUL L. REIN

8
9                                           By: */s/* Catherine Cabalo
                                             CATHERINE CABALO, ESQ.
                                             Attorneys for Plaintiff
10                                           GUY JONES

11
12  Date:  May 1, 2014                      HARDY ERICH BROWN & WILSON, PC

13
14                                           By: */s/* John Quincy Brown, III
                                             JOHN QUINCY BROWN, III, ESQ.
                                             Attorneys for Defendant
15                                           JAMES E. BUNNELL dba JAMIE'S BAR &
                                             GRILL

16  Date:  April 29, 2014                    PORTER SCOTT, PC
17
18                                           By: */s/* Terence J. Cassidy
                                             TERENCE J. CASSIDY, ESQ.
                                             Attorneys for Defendant
19                                           AKFM HOLDINGS, LLC

20

21

22

23

24

25

26

27

28

### ORDER

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that this case shall be referred to Magistrate Judge Allison Claire for an early settlement conference. Also for good cause shown, it is hereby ORDERED that the deadline for plaintiff to file any motion under Fed.R.Civ.P. 12(f) be extended to 30 days past the date the parties participate in a settlement conference with Magistrate Judge Claire.  The parties shall meet and confer within 7 days after the settlement conference.  Defendants shall thereafter be allowed an opportunity to voluntarily amend their respective Answers prior to plaintiff filing any Rule 12(f) motion, and any amended Answer shall be filed no later than 7 days after the parties meet and confer.  **The settlement conference is set for August 14, 2014 at 9:00 a.m**. The parties are directed to submit confidential settlement conference statements to chambers not later than seven (7) days prior to the settlement conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference statement.  The parties may agree, or not, to serve each other with the settlement statements.   Each party is reminded of the requirements that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270.

IT IS SO ORDERED.


Dated:  May 2, 2014.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT