PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiff
GUY JONES

* *Defendants and their respective counsel listed after the caption.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMIE'S BAR & GRILL; JAMES E. BUNNELL dba JAMIE'S BAR & GRILL; AKFM HOLDINGS, LLC; and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO.   2:14-cv-00102-TLN-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AND FOR MAGISTRATE JUDGE ALLISON CLAIRE TO RETAIN JURISDICTION OVER THIS MATTER FOR THE DURATION OF THE CASE** |

JOHN QUINCY BROWN III, Esq. (SBN 60681)
STEPHEN W. ROBERTSON, Esq. (SBN 228708)
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
Telephone:   916/449-3800
Facsimile:    916/449-3888

Attorney for Defendant JAMES E. BUNNELL
dba JAMIE'S BAR & GRILL

1  TERENCE J. CASSIDY, Esq. (SBN 099180)
2  JOHN WHITEFLEET, Esq. (SBN 213301)
   PORTER SCOTT
3  A Professional Law Corporation
   350 University Avenue, Suite 200
4  Sacramento, California 95825
   Telephone:  916/929-1481
5  Facsimile:   916/927-3706

6  Attorney for Defendant AKFM HOLDINGS, LLC

7

8

9                                **STIPULATION**

10         WHEREAS, the parties to this stipulation attended a settlement conference
11  with Magistrate Judge Allison Claire on August 14, 2014, and settled all matters at
12  that time;
13         WHEREAS, the parties were given 30 days to file dispositional documents in
14  this matter;
15         WHEREAS, the parties are still in the process of finalizing the language in the
16  formal settlement agreement but are continuing to work cooperatively towards
17  completing the agreement; THEREFORE:
18         IT IS HEREBY STIPULATED by and among all parties: (1) the deadline to
19  file dispositional papers in this matter should be extended an additional thirty days to
20  October 13, 2014; and (2) that Magistrate Judge Claire shall retain jurisdiction over
21  this matter for the duration of the case.
22
23  Date:  September 12, 2014          LAW OFFICE OF PAUL L. REIN
24
25                                     By:   */s/ Catherine Cabalo*
                                       CATHERINE CABALO, ESQ.
26                                     Attorneys for Plaintiff
                                       GUY JONES
27
28

1  Date:  September 11, 2014          HARDY ERICH BROWN & WILSON, PC

      By:  */s/ Stephen W. Robertson*
      STEPHEN W. ROBERTSON, ESQ.
      Attorneys for Defendant
      JAMES E. BUNNELL dba JAMIE'S BAR & GRILL


8  Date:  September 12, 2014          PORTER SCOTT, PC

      By:  */s/ John R. Whitefleet*
      JOHN R. WHITEFLEET, ESQ.
      Attorneys for Defendant
      AKFM HOLDINGS, LLC


## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that deadline for filing dispositional documents in this case shall be extended to October 13, 2014.  Also for good cause shown, it is hereby ORDERED that Magistrate Judge Allison Claire will retain jurisdiction over this matter for the duration of the case.

IT IS SO ORDERED.

Dated: September 15, 2014

_____
Troy L. Nunley
United States District Judge