1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS, Esq. (SBN 159420)
   CATHERINE CABALO (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
   Telephone:  510/832-5001
5  Facsimile:  510/832-4787

6  Attorneys for Plaintiff
   GUY JONES
7

8  * Defendants and their respective counsel listed after the caption.

9

10                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
11

12  GUY JONES                          CASE NO.   2:14-cv-00102-TLN-DAD

13        Plaintiff,

14  v.                                 **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
15
    JAMIE'S BAR & GRILL; JAMES E.
16  BUNNELL dba JAMIE'S BAR &
    GRILL; AKFM HOLDINGS, LLC; and
17  DOES 1-10, Inclusive,

18

19        Defendants.

20  JOHN QUINCY BROWN III, Esq. (SBN 60681)
    STEPHEN W. ROBERTSON, Esq. (SBN 228708)
21  HARDY ERICH BROWN & WILSON
    A Professional Law Corporation
22  1000 G Street, Suite 200
    Sacramento, California 95814
23  P.O. Box 13530
    Sacramento, California 95853-3530
24  Telephone:  916/449-3800
    Facsimile:   916/449-3888
25
    Attorney for Defendant JAMES E. BUNNELL
26  dba JAMIE'S BAR & GRILL

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE       - 1 -
CASE NO. 2:14-cv-00102-TLN-DAD
G:\DOCS\AC\To be docketed\jone0102.Stipulated Dismissal.docx

1  TERENCE J. CASSIDY, Esq. (SBN 099180)
   JOHN WHITEFLEET, Esq. (SBN 213301)
2  PORTER SCOTT
   A Professional Law Corporation
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  Telephone:  916/929-1481
   Facsimile:   916/927-3706
5

6  Attorney for Defendant AKFM HOLDINGS, LLC

7

8  **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

9  **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

10         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Guy Jones ("Plaintiff") and

11  defendants James E. Bunnell dba Jamie's Bar & Grill and AKFM Holdings, LLC

12  ("Defendants"), by and through their respective counsel of record, hereby

13  STIPULATE that Plaintiff's action against Defendants be dismissed *with prejudice*.

14  This Stipulation of Dismissal with prejudice is made pursuant to the terms and

15  conditions of a Court-Enforceable Settlement Agreement and Release, which resolves

16  Plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses, and

17  costs -- and provides for this Court's continued jurisdiction for enforcement purposes.

18

19         **IT IS SO STIPULATED.**

20

21  Date:  October 17, 2014                LAW OFFICE OF PAUL L. REIN

22

23                                         By:   */s/ Catherine Cabalo*
                                           CATHERINE CABALO, ESQ.
24                                         Attorneys for Plaintiff
                                           GUY JONES
25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE      - 2 -
CASE NO. 2:14-cv-00102-TLN-DAD
G:\DOCS\AC\To be docketed\jone0102.Stipulated Dismissal.docx

1

Date:  October 17, 2014                    HARDY ERICH BROWN & WILSON, PC

2

3
                                           By:  */s/ John Quincy Brown III*
                                           JOHN QUINCY BROWN III, ESQ.
                                           Attorneys for Defendant
4
                                           JAMES E. BUNNELL dba JAMIE'S BAR &
                                           GRILL
5

6

7

8
Date:  October 17, 2014                     PORTER SCOTT, PC

9

10
                                           By:  */s/ Terence J. Cassidy*
                                           TERENCE J. CASSIDY, ESQ.
                                           Attorneys for Defendant
11
                                           AKFM HOLDINGS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4     IT IS SO ORDERED.

5

6

7     Dated: October 20, 2014

ALLISON CLAIRE
8                                                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28